## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1205 JVS (MLGx) | Date | December 16, 2009 |
| Title | Reinaldo J. Ayala, et al. v. IndyMac Bank FSB, et al. | | |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Sanctions

    Defendant MTC Financial Inc., dba Trustee Corps has filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), calendared for hearing on December 21, 2009 at 1:30 p.m.  The Plaintiffs, Reinaldo J. and Beverly R. Ayala, have not opposed the motions, nor have they filed a notice of non-opposition as required by Local Rule 7-16.

    Plaintiffs' counsel Annette L. Goudy shall appear at the hearing and show cause why she should not be sanctioned for failure to comply with the Local Rules.

    :   00

Initials of Preparer   kjt