# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1205 JVS (MLGx) | Date | January 27, 2010 |
| Title | Reinaldo J. Ayala, et al. v. IndyMac Bank FSB, et al. | | |

Present: The Honorable    James V. Selna

| | |
|---|---|
| Karla Tunis | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Dismissal for Lack of Prosecution and Continuing Scheduling Conference

      On December 21, 2009, the Court granted one of the defendant's motion to dismiss in part with prejudice and in part without prejudice. Plaintiff was granted 20 days to amend the complaint. As of today, an amended complaint has not been filed.

      The Court hereby ORDERS plaintiff to show cause, in writing, not later than February 8, 2010, why this action should not be dismissed for lack of prosecution.

      The Court further ORDERS that the Scheduling Conference be continued to February 16, 2010 at 10:00 a.m.

                                                                                       : 00

Initials of Preparer    kjt