JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reinaldo J. Ayala, et al., | SACV 09-0205-JVS(MLGx) |
| Plaintiff, | ORDER OF DISMISSAL FOR LACK OF PROSECUTION |
| v. | |
| IndyMac Bank FSB, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause on _January 27, 2010_ as to why this action should not be dismissed for lack of prosecution, with a written response due on _February 8, 2010_ and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 9, 2010

_____
James V. Selna
United States District Judge